BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

**FILED**
JUL 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**SEALED**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> Safe Deposit Box Number #4226N located at Bank of America Branch located at 3416 McHenry Avenue, Modesto, California 95350 | S.W. NO. 1:12 SW 00183 - BAM <br><br> **UNDER SEAL** <br><br> ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and application and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Grant B. Rabenn, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Grant B. Rabenn, shall be filed with the Court <u>in</u>

1

1 | camera, under seal and shall not be disclosed pending further order of this
2 | court.

DATED: 7/26/12

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE